# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|                      |                                              |              |    |
|---------------------:|----------------------------------------------|-------------:|----|
|              Debtor: | MELESIO J HUIZAR                             |              |    |
|         Case Number: | 09-17373-JM13                                |     Chapter: | 13 |
|    Date / Time / Room: | TUESDAY, JULY 06, 2010 02:00 PM   DEPARTMENT 1 |            |    |
|    Bankruptcy Judge: | MARGARET M. MANN                             |              |    |
|     Courtroom Clerk: | GREGG ROBINSON                               |              |    |
|       Reporter / ECR: | NANCY WINGIS                                 |              |    |

### *Matter:*

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS FILED BY TRUSTEE (fr. 4/28/10)

### *Appearances:*

Jenny Ha, ATTORNEY FOR Trustee
Steven Houbeck, ATTORNEY FOR Melesio Huizar

### *Disposition:*

Off calendar, objection resolved.